No. 81–2404. GOLD BONDHOLDERS PROTECTIVE COUNCIL, INC. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 81–6823. MINOR *v.* TEXAS. Ct. App. Tex., 8th Sup. Jud. Dist. Certiorari denied.

No. 81–6838. HICKS *v.* NIX, WARDEN, IOWA STATE PENITENTIARY. C. A. 8th Cir. Certiorari denied.

No. 81–6849. ALVAREZ *v.* WAINWRIGHT. C. A. 11th Cir. Certiorari denied.

No. 81–6853. STAPLES *v.* ISRAEL. C. A. 7th Cir. Certiorari denied.

No. 81–6858. DANIELS *v.* MAGGIO, WARDEN, ANGOLA STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–6903. HARRELL *v.* JAGO ET AL. C. A. 6th Cir. Certiorari denied.

No. 81–6904. ANONYMOUS *v.* O'BRIEN ET AL. C. A. 1st Cir. Certiorari denied.

No. 81–6948. VELASQUEZ *v.* CUYLER ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–6974. WEDDLE *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 82–62. DAVIS CO. *v.* UNITED FURNITURE WORKERS OF AMERICA, AFL–CIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 82–80. KING *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 82–141. JACOBO MARTI & SONS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied.